FILED

MAY - 7 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARMEN A. FLUKER, )<br>a/k/a CARMEN SIMMONS, )<br>a/k/a CARMEN LACY, )<br>a/k/a "LUCIOUS," )<br>)<br>Defendant. ) | No.  **4:14CR138 AGF/TIA** |

## INDICTMENT

The Grand Jury Charges that:

Between on or about May, 2011, and on or about April 3, 2014, in St. Louis County and elsewhere within the Eastern District of Missouri, and elsewhere, the defendant,

**CARMEN A. FLUKER, a/k/a CARMEN SIMMONS,
a/k/a CARMEN LACY, a/k/a "LUCIOUS,"**

did knowingly use facilities in interstate commerce with intent to promote, manage, establish or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952.

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

1